STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.: CV-13-13
JoN -YOR- 6/6/2013

SUSAN JOHNSON, individually
and on behalf of her minor son
BRAYDEN LANGEVIN; and
SUSAN JOHNSON
and RICHARD THOMPSON,
individually, as Next Friends of
DERRICK THOMPSON
and as Personal Representatives of
the ESTATE OF DERRICK THOMPSON

   Plaintiffs

v.

JAMES PAK and
ARMIT PAK,

   Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## ORDER ON MOTION TO STAY CIVIL PROCEEDINGS

Defendant James Pak's Motion to Stay Civil Proceedings is hereby GRANTED. A

stay is entered in the above-captioned action with respect to Mr. Pak until such time as the

criminal matter against Mr. Pak currently pending in this Court (*State of Maine v. Pak*,

Docket No. CR-12-2747) has concluded.

6/6/13
Date

_____
Justice, Superior Court

\* However, liability discovery may proceed as to Armit Pak and may be had on financial circumstances relevant to punitive damage claims as well as discovery regarding source of insurance as to either Defendant.
J. Ho

<u>ATTORNEYS FOR PLAINTIFF:</u>
DANIEL LILLEY
CHRISTIAN C FOSTER
DANIEL G LILLEY LAW OFFICE PA
PO BOX 4803
PORTLAND ME  04112


<u>ATTORNEYS FOR DEFENDANT:</u>
BENJAMIN CAMPO
THOMAS L DOUGLAS
COOPER & BULL PA
850 MAIN ST SUITE 3
WESTBROOK ME  04092